IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANTHONY TORREZ**,

    Plaintiff,                                                  No. CV 07-689-MO

    v.                                                     ORDER OF DISMISSAL

**OREGON DEPARTMENT OF CORRECTIONS, et al.**,

    Defendants.

**MOSMAN, J.**,

    Based on the parties' Stipulated Motion to Dismiss [80],

    IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED with prejudice and without costs to any party. Pending motions, if any, are DENIED AS MOOT.

    DATED this  22nd   day of June, 2011.

                                                              `/s/ Michael W. Mosman`
                                                              MICHAEL W. MOSMAN
                                                              United States District Judge

PAGE 1 – ORDER OF DISMISSAL